

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

5-9-2013

# In Re: Clarence Brisco-Bey

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-1862

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: Clarence Brisco-Bey " (2013). *2013 Decisions*. Paper 852.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/852

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1862
_____

IN RE: CLARENCE BRISCOE-BEY,

Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the
District of Delaware
(Related to D. Del. Crim. No. 03-cr-00018-001)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
October 15, 2012

Before:  MCKEE Chief  Judge, ALDISERT and GARTH, Circuit Judges

(Opinion filed: May 9, 2013)
_____

OPINION
_____

PER CURIAM.

        Clarence Briscoe-Bey, a federal inmate, filed an "interlocutory" notice of appeal

in his collateral review proceeding under 28 U.S.C. § 2255, complaining of alleged delay

in the District Court's adjudication of the § 2255 motion.  See D. Del. Crim. No. 03-cr-

00018-001, Docket # 245.  This Court entered an order construing the pro se notice of

appeal as a petition for a writ of mandamus under 28 U.S.C. § 1651.  See Hassine v.

Zimmerman, 160 F.3d 941, 954 (3d Cir. 1998) (explaining that a habeas petitioner who experiences delay "can seek a writ of mandamus to compel the district court to reach a decision on the habeas claim").  Shortly thereafter, the District Court entered an order of its own denying Briscoe-Bey's § 2255 motion and closing the proceeding.

In light of the District Court's entry of an order adjudicating Briscoe-Bey's § 2255 motion, we will deny the petition for a writ of mandamus as moot.